1478

## MEDIATION DOCKET

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**01-2266. State ex rel. Value City Dept. Stores v. Indus. Comm.** Franklin App. No. 01AP-236.

## MOTION DOCKET

**01-1632. State ex rel. Earls v. Indus. Comm.**
Franklin App. No. 00AP-1201. On January 18, 2002, appellant filed a merit brief and supplement to the brief and Robert S. Corker filed a notice of appearance on behalf of appellant. Robert S. Corker is admitted to practice in Ohio but is not currently registered pursuant to Gov.Bar R. VI. Whereas Robert S. Corker is not registered active as required by S.Ct.Prac.R. I(1),

IT IS ORDERED by the court, *sua sponte,* that the name of Robert S. Corker be stricken from appellant's brief and supplement to the brief, and he shall not be permitted to appear in this case.

**01-1820. Francis v. Mack.**
In Habeas Corpus. This cause came on for further consideration upon petitioner's request for findings of fact/conclusions of law. Upon consideration thereof,

IT IS ORDERED by the court that the request for findings of fact/conclusions of law be, and hereby is, denied.

**02-284. Austermiller v. Dosick.**
Lucas App. No. L-01-1223. This cause is pending before the court as a discretionary appeal. On February 14, 2002, appellant filed an amended memorandum in support of jurisdiction without a copy of the court of appeals' opinion and judgment entry being appealed. S.Ct.Prac.R. III(1)(D) requires that a copy of the court of appeals' opinion and judgment entry being appealed be attached to the memorandum. Accordingly,

IT IS ORDERED by the court, *sua sponte,* that the amended memorandum in support of jurisdiction be, and hereby is, stricken.

## DISCIPLINARY DOCKET

**DD 78. Columbus Bar Assn. v. Edwards.**
On November 12, 1969, this court permanently disbarred respondent, William D. Edwards, Attorney Registration No. 0051261, last known address in Mansfield, Ohio, from the practice of law in the state of Ohio, pursuant to former Section 6(a) of Rule XVIII of Rules of Practice of the Supreme Court of Ohio. On December 17, 2001, petitioner, Disciplinary Counsel, moved this court to issue an order requiring respondent to appear and show cause why he should not be held in contempt for failing to obey this court's November 12, 1969 order of disbarment. Respondent did not respond to the motion. Upon consideration thereof,

IT IS ORDERED by this court that the motion be, and is hereby granted and that respondent show cause by filing a written response with the Clerk of this court on or before twenty days from the date of this order why respondent should not be held in contempt for failing to obey this court's order of disbarment.

IT IS FURTHER ORDERED, *sua sponte,* that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.